GLOBE LITHOGRAPHING COMPANY, Respondent, v. MORRIS PARK ESTATES, Appellant.

*Globe Lithographing Co. v. Morris Park Estates*, 165 App. Div. 904, affirmed.

(Argued February 6, 1918; decided February 26, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 11, 1914, *unanimously* affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover for goods sold and delivered. The defendant, being the owner of a tract of land, entered into a written agreement with Joseph P. Day and J. Clarence Davies, by the terms of which agreement the defendant employed the said Day and Davies to effect a sale of these lots by public auction. Davies, one of the agents named in the agreement, from time to time ordered of the plaintiff certain car signs and posters advertising the sale. The

plaintiff printed and delivered these car signs and posters, and, being unable to obtain payment, commenced this action. Defendant contended that plaintiff accepted the orders upon the faith of the financial responsibility of the agent Davies and, therefore, cannot recover from the defendant, his principal.

*Ralph Royall* for appellant.

*Manfred W. Ehrich* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.